UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAVAR MONROE GRANT, | ) |
| Petitioner, | ) No. EDCV 11-0130-CAS(AJW) |
| vs. | ) |
| COUNTY OF RIVERSIDE SUPERIOR COURT, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: February 1, 2011

_____
Christina A. Snyder
United States District Judge